UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ALLEN BROWN,<br><br>    Petitioner,<br><br>    v.<br><br>RONALD DAVIS, Warden of California State Prison at San Quentin,<br><br>    Respondent. | Case No. 1:19-cv-01796-DAD<br><br>DEATH PENALTY CASE<br><br>ORDER APPOINTING COUNSEL |

On December 23, 2019, petitioner Steven Allen Brown, a state prisoner facing capital punishment, began this action pursuant to 28 U.S.C. § 2254 by filing applications for appointment of counsel to represent him, stay of execution, and to proceed *in forma pauperis*.

On January 9, 2020, deputy attorney general Charity Whitney noticed her appearance.

On January 13, 2020, the court issued an order referring the case to the Selection Board for the Eastern District of California for recommendation of counsel, denying without prejudice petitioner's application for stay of execution and granting petitioner's application to proceed *in forma pauperis*.

On January 17, 2020, the Selection Board recommended that attorneys Sara Cohbra and John Mills be appointed to represent petitioner. The court will adopt that recommendation.

1

Accordingly,

1. Sara Cohbra, Esq. and John Mills, Esq. are appointed as counsel to represent petitioner for all purposes in this proceeding pursuant to 18 U.S.C. § 3599. *See* Local Rule 191(c). Counsel are directed to comply with the e-filing registration requirements of Local Rule 135.

2. The Clerk of the Court is directed to file under seal the Selection Board's January 17, 2020 letter to the court.

3. The Clerk of the Court is directed to serve copies of this order on Sara Cohbra Esq., 119 Tookany Creek Pkwy, Cheltenham, PA 19012-1107, (Ph) 415-515-4744, (Email) saracohbralaw@gmail.com; John Mills Esq., 1721 Broadway, Ste 201, Oakland, CA 94612-2124, (Ph) 888-532-0897, (Email) j.mills@phillipsblack.org; Ron Davis, Warden of San Quentin State Prison, San Quentin, CA 94964; Charity Whitney, Deputy Attorney General, 2550 Mariposa Mall, Room 5090, Fresno, CA 93721 (Ph.) 559-705-2314; (Email) Charity.Whitney@doj.ca.gov; Kelly Culshaw, Assistant Federal Defender, Federal Defender's Office, 801 I Street, 3rd Floor, Sacramento, CA 95814, (Ph.) 916-498-6666-277, (Email) kelly_culshaw@fd.org; and Connie Garcia, CJA Administrator, Office of the Federal Defender, 2300 Tulare Street, Suite 330, Fresno, CA 93721, (Ph.) 559-487-5561, (Email) connie_garcia@fd.org.

IT IS SO ORDERED.

Dated: **January 30, 2020**

UNITED STATES DISTRICT JUDGE

2