UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ALLEN BROWN,<br><br>    Petitioner,<br><br>    v.<br><br>RONALD DAVIS, Warden of California State Prison at San Quentin,<br><br>    Respondent. | Case No. 1:19-cv-01796-DAD<br><br>DEATH PENALTY CASE<br><br>ORDER SETTING CASE MANAGEMENT CONFERENCE<br><br>Date: June 1, 2020<br>Time: 1:30 p.m.<br>Courtroom: 5<br><br>Judge: Hon. Dale A. Drozd |

On December 23, 2019, petitioner Steven Allen Brown, a state prisoner facing capital punishment, commenced this action pursuant to 28 U.S.C. § 2254 by filing applications for appointment of counsel to represent him, stay of execution, and to proceed *in forma pauperis*.

On January 9, 2020, California Deputy Attorney General Charity Whitney noticed her appearance in this action.

On January 13, 2020, the court issued an order referring the case to the Selection Board for the Eastern District of California for recommendation of counsel, denying without prejudice petitioner's application for stay of execution and granting petitioner's application to proceed *in forma pauperis*.

/////

1

On January 31, 2020, the court adopted the recommendation of the Selection Board and appointed attorneys Sara Cohbra and John Mills to represent petitioner in this action.

Accordingly,

1. On June 1, 2020, at 1:30 p.m., the undersigned will hold the initial case management conference. The parties may appear at that time by telephonically. Counsel are directed to contact the court's courtroom deputy Jami Thorpe, to advise that they will be appearing telephonically and to obtain the teleconference number and pass code.

2. Petitioner's counsel shall be prepared to discuss the date for filing the federal habeas petition pursuant to 28 U.S.C. § 2254 and any intention of seeking tolling.

3. Respondent's counsel shall be prepared to discuss a date for filing the answer or other responsive pleading as well as setting a date for electronic lodging of the state court record. (*See* Local Rule 191(h)(1).) The court's expectation regarding electronic lodging of the state record is that:

    a. Respondent's counsel shall file a Notice of Lodging and lodge the state court record in electronic (optical character recognition) format on the court's electronic filing system, each item of the state court record shall be lodged as an attachment to the Notice of Lodging, for each separate attachment the Notice of Lodging shall identify the attachment number and the Bate-stamp numbers and the name of that part of the record including its internal pagination if any, the identical identifying information shall also be included as the docket title of each electronically lodged attachment to the Notice of Lodging, to the extent possible each separate paper volume of the state court record shall be lodged as one attachment,

    b. State sealed records shall be lodged in paper form, and

    c. Respondent's counsel need not lodge the state court record on CDs and courtesy copies on CD are not required.

4. Counsel for petitioner and respondent shall meet and confer regarding the above scheduling and other matters and file not later than one (1) week prior to the case management conference a joint statement summarizing their discussions including matters upon which they agree and their respective positions in the event of disagreement.

5. At the conclusion of the case management conference, respondent's counsel will be excused and the conference will continue *ex parte* with counsel for petitioner present to discuss budgeting matters including requirements of: the Criminal Justice Act, 18 U.S.C. § 3006A ("CJA") Policies and Procedures of the Judicial Council of the Ninth Circuit;[1] the Guidelines for Administering the CJA and Related Statutes, Volume 7, Part A, Guide to Judiciary Policy;[2] and applicable requirements of the Guide to Case Management and Budgeting in Capital Habeas Cases in the Eastern District of California Fresno Division.[3] Counsel for petitioner shall submit a complete initial budget including supporting documentation through eVoucher not later than one (1) week prior to the case management conference.[4] The court-authorized CJA funding will be submitted to and reviewed by the Ninth Circuit's Capital Case Committee. The Capital Case Committee will then make a recommendation to the Judicial Council of the Ninth Circuit.

IT IS SO ORDERED.

Dated: **February 3, 2020**

UNITED STATES DISTRICT JUDGE

---

[1] Available at https://www.ca9.uscourts.gov/attorneys/

[2] *Id.*

[3] Available at http://www.caed.uscourts.gov/caednew/index.cfm/forms/cja-capital-habeas-forms/

[4] Counsel shall work with Ninth Circuit Case Managing Attorney Jennifer Naegele (email: jnaegele@ce9.uscourts.gov; phone (415) 355-8986) to prepare the budget and receive instructions for using eVoucher.