UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ALLEN BROWN, | Case No.  1:19-cv-01796-DAD |
| Petitioner, | <u>DEATH PENALTY CASE</u> |
| v. | ORDER SCHEDULING PETITIONER'S MOTION FOR FURTHER EQUITABLE TOLLING |
| RONALD DAVIS, Warden of California State Prison at San Quentin, | |
| Respondent. | |

The record reflects that on March 26, 2021, petitioner, through counsel, filed a motion for further equitable tolling of the deadline for filing his petition for writ of habeas corpus. (Doc. No. 27.)  The motion has not been set for hearing.

Accordingly, respondent shall file his response to the instant motion by not later than April 23, 2021.  Petitioner's reply shall be filed not later than seven (7) days from the filed date of the response.  Thereupon, the matter shall be deemed submitted.[1]

IT IS SO ORDERED.

Dated:   **April 2, 2021**

_____
UNITED STATES DISTRICT JUDGE

---

[1] See Standing Order in Light of Ongoing Judicial Emergency in the Eastern District of California (Doc. No. 12), and General Orders in the Eastern District of California regarding COVID-19 Emergency available at: http://www.caed.circ9.dcn/index.cfm/iCAED/coronavirus-covid-19-guidance/