UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ALLEN BROWN,<br><br>Petitioner,<br><br>v.<br><br>RONALD DAVIS, Warden of California State Prison at San Quentin,<br><br>Respondent. | Case No. 1:19-cv-01796-DAD<br><br>DEATH PENALTY CASE<br><br>ORDER SCHEDULING PETITIONER'S MOTION FOR FURTHER EQUITABLE TOLLING |

On December 9, 2021, petitioner, through appointed counsel John Mills and Sara Cohbra, filed a motion for further equitable tolling of the deadline for filing his petition for writ of habeas corpus. (Doc. No. 32.) The motion has not been set for hearing.

Accordingly, respondent shall file his response to the instant motion by not later than twenty-one (21) days following the service date of this order. Petitioner's reply shall be filed by not later than seven (7) days following the service date of the response. Thereafter, the matter shall be deemed submitted for decision.[1]

IT IS SO ORDERED.

Dated:  **December 21, 2021**

UNITED STATES DISTRICT JUDGE

---

[1] See Standing Order in Light of Ongoing Judicial Emergency in the Eastern District of California (Doc. No. 12), and General Orders in the Eastern District of California regarding COVID-19 Emergency.

1