UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ALLEN BROWN, | Case No. 1:19-cv-01796-ADA |
| Petitioner, | <u>DEATH PENALTY CASE</u> |
| v. | ORDER REGARDING POST-PETITION SCHEDULING |
| RON BROOMFIELD, Warden of California State Prison at San Quentin, | |
| Respondent.[1] | |

The record reflects that on September 30, 2022, Petitioner filed in this proceeding his initial federal habeas corpus petition. The Court previously ordered that it would provide further scheduling and set any necessary case management conference after filing of the petition.

Accordingly, counsel for the parties, by not later than thirty (30) days following the service date of this order, are directed to meet and confer and then file a joint (preferred) or separate statement addressing their respective positions as to:

1.  Which claims and subclaims asserted in the federal petition are exhausted, partially exhausted, or unexhausted.

---

[1] Ron Broomfield, appointed as warden of San Quentin State Prison in September 2021, is substituted as Respondent in place of his predecessor wardens. Fed. R. Civ. P. 25(d).

1

 2. A schedule upon which Petitioner shall file any motion for exhaustion stay; Respondent shall file his answer or any other responsive pleading; and Petitioner shall file his reply or other response thereto.

 3. Whether a case management conference is requested as to the foregoing.

The Court will review the statement(s) and provide further case scheduling and/or set any necessary case management conference.

IT IS SO ORDERED.

Dated: October 13, 2022

_____
UNITED STATES DISTRICT JUDGE