# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ALLEN BROWN, | Case No.  1:19-cv-01796-KES |
| Petitioner, | DEATH PENALTY CASE |
| v. | ORDER APPOINTING REPLACEMENT COUNSEL |
| KIMBERLY THORNTON, Acting Warden of High Desert State Prison, | |
| Respondent.[1] | |

Before the Court is the recommendation of the District's Selection Board that Ann-Kathryn Tria be appointed as replacement Criminal Justice Act counsel to represent Petitioner in this capital habeas proceeding along with current counsel John Mills.[2] (Doc. 64). The Selection Board's recommendation is in response to the Court's recent order granting the

---

[1] Petitioner is incarcerated at High Desert State Prison, in the care and custody of Acting Warden Kimberly Thornton. See https://ciris.mt.cdcr.ca.gov (last visited June 16, 2026). Pursuant to Federal Rule of Civil Procedure 25(d), Acting Warden Thornton is substituted as Respondent in place of her predecessor wardens.

[2] The Criminal Justice Act of 1964, as amended. 18 U.S.C. § 3006A; see also E.D. Cal. General Order 700 [February 18, 2026 Criminal Justice Act Plan].

request of Petitioner's former co-counsel, Kristin Swain, to withdraw from the case.[3] (Doc. 63).

The Court will adopt the recommendation of the Selection Board.

Accordingly,

1.    Ann-Kathryn Tria is appointed as counsel to represent Petitioner for all purposes in this proceeding pursuant to 18 U.S.C. § 3599. *See* Local Rule 191(c).  Ms. Tria is directed to comply with the e-filing registration requirements of Local Rule 135, and to pursue Criminal Justice Act rate setting and case budgeting through e-Voucher.

2.    The Clerk of the Court is directed to serve copies of this order on Ann-Kathryn Tria, 1801 Century Park E, 24th Floor, Los Angeles, California 90067, Tel: (310) 201-2466 Fax: (310) 552-5300, Email: atria@mcbreensenior.com; counsel for the parties; and Connie Garcia, CJA Panel Administrator, Federal Defender's Office, 2300 Tulare Street, Suite 330, Fresno, CA 93721, (Email) Connie_Garcia@fd.org.

3.    Counsel for Petitioner shall provide him with a copy of this order.

IT IS SO ORDERED.

Dated:    June 16, 2026

_____
UNITED STATES DISTRICT JUDGE

---

[3] This federal proceeding presently is stayed for claim exhaustion in state court.  (Doc. 53).

2